MARYA TRASKA, appellant,

*v.*

MARY PIEKIELKO et al., respondents.

[Decided October 20th, 1924.]

On appeal from a decree of the court of chancery advised
by Vice-Chancellor Church, whose opinion is reported in *96
N. J. Eq. 204.*

*Mr. Samuel H. Nelson* and *Mr. Louis A. Fast,* for the ap-
pellant.

*Mr. John D. Fischbeck* and *Mr. John Q. Frey,* for the re-
spondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons
stated in the opinion filed in the court below by Vice-Chan-
cellor Church.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PAR-
KER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL,
LLOYD, WHITE, GARDNER, VAN BUSKIRK, CLARK, MCGLEN-
NON, KAYS—15.

*For reversal*—None.